**Order entered April 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00147-CV

**IN THE INTEREST OF D.P., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-14694**

**ORDER**

A review of the reporter's record filed in this appeal reveals what appears to be testimony from an unrelated proceeding at pages 122-125. Accordingly, we **STRIKE** the reporter's record and **ORDER** court reporter Crystal L. Carey to file a corrected record **no later than April 13, 2022.** *Because this is an accelerated appeal in a child protection case, we caution that extensions will not be granted absent exigent circumstances.*

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Carey and the parties.

/s/     LESLIE OSBORNE
        JUSTICE